UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:19-CV-23507-DPG

JESSELYN AGUAYO,

      Plaintiff,

v.

AMF BOWLING CENTERS, INC.
d/b/a/ BOWLMOR AMF CENTERS
a Foreign Profit Corporation, and
STRIKE MIAMI, LLC
d/b/a/ BOWLERO-MIAMI,
a Foreign Limited Liability Company,

      Defendants.

_____/

## STATEMENT OF CLAIM

Plaintiff, JESSELYN AGUAYO ("Plaintiff"), respectfully submits this Statement of Claim as follows:

a.  Total amount of alleged unpaid wages:

    $2,351.25 liquidated[1]

b.  Calculation of such wages:

1.  Overtime: Plaintiff worked for Defendant as a non-exempt employee from May 25, 2018 until on or about October 5, 2018 (19 weeks). Plaintiff regularly worked between 45-50 hours per week. Plaintiff was not being compensated at all for the overtime hours she worked. The employer's decision to not pay overtime was intentional, and therefore, the Plaintiff is eligible to recover unpaid wages for three years prior to the filing of the complaint. Plaintiff was compensated at $12.37 ($8.25 x 1.5) for each hour

---

[1] The damage calculations contained herein pertain only to Counts I-IV of Plaintiff's Complaint. Plaintiff seeks additional damages for discrimination and negligent retention claims.

over 40. As such, Plaintiff is owed a minimum of approximately $1,175.62 ($12.37 x 5 hrs x 19 weeks) for the three years prior to the filing of this complaint.

| OVERTIME WAGE RATE | APPROX. UNPAID OVERTIME HOURS WORKED PER WEEK | NUMBER OF WEEKS | TOTAL OVERTIME WAGES OWED |
|---|---|---|---|
| $12.37 | 5 HOURS | 19 WEEKS | 1,175.62 |

Plaintiff reserves the right, however, to adjust and amend this initial calculation as discovery proceeds as it may be discovered that Plaintiff is owed more or less than those amounts calculated.

c.   Nature of wages:

This amount represents liquidated overtime and unpaid wages.

**WHEREFORE**, based on the foregoing, the Plaintiff files this Statement of Claim.

Dated: September 4, 2019

Respectfully submitted,

/s/ *Nathaly Saavedra*
Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
ns@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th of September 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Nathaly Saavedra
NATHALY SAAVEDRA, Esq.

3

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Saavedra, Esq.
Florida Bar No. 118315
ns@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Counsel for Plaintiff*


Jonathan Beckerman, Esq.
Fla. Bar. 568252
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street,
Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954-728-1280
Facsimile: 954-728-1282

Counsel for Defendants, AMF Bowling Centers, Inc. and Strike Miami,
***Served via transmission of Notices of***
***Electronic Filing generated by CM/ECF***